```
IN THE UNITED STATES DISTRICT COURT FOR THE
     SOUTHERN DISTRICT OF WEST VIRGINIA
              BLUEFIELD
```

UNITED STATES OF AMERICA

v.                                   CRIMINAL NO. 1:24-mj-00059

ARTURO JOEL GALLEGOS


<u>MOTION FOR DETENTION HEARING</u>

The United States moves this Court to hold a detention hearing pursuant to 18 U.S.C. § 3142(f) to determine whether any condition or combination of conditions will reasonably assure the appearance of defendant as required and the safety of other persons and of the community.

1. <u>Eligibility of Case</u>.  This case involves a:

    \_\_\_\_  crime of violence [18 U.S.C. § 3142(f)(1)(a)]

    \_\_\_\_  maximum sentence life imprisonment or death [18 U.S.C. § 3142(f)(1)(B)]

    \_\_\_\_  10+ year controlled substance offense [18 U.S.C. § 3142(f)(1)(C)]

    \_\_\_\_  felony, with two prior convictions in above categories [18 U.S.C. § 3142(f)(1)(D)]

    \_\_\_\_  minor victim, or the possession or use of a firearm or destructive device, or other dangerous weapon, or a failure to register under 18 U.S.C. § 2250 [18 U.S.C. § 3142(f)(1)(E)]

    _X_   serious risk defendant will flee [18 U.S.C. § 3142(f)(2)(A)]

    \_\_\_\_  serious risk of obstruction of justice [18 U.S.C. § 3142(f)(2)(B)]

2. <u>Reason for Detention</u>. The court should detain defendant because no conditions of release will reasonably assure (check one or both):

    <u>　X　</u>　Defendant's appearance as required

    <u>　X　</u>　Safety of any other person and the community

3. <u>Rebuttable Presumption</u>. The United States will invoke the rebuttable presumption against defendant pursuant to 18 U.S.C. § 3142(e). (If yes) The presumption applies because:

    <u>　　　</u>　Probable cause to believe defendant committed 10+ year controlled substance offense, or offense under 18 U.S.C. § 924(c), 956(a), or 2332b.

    <u>　　　</u>　Previous conviction for "eligible" offense committed while on pretrial bond. Eligible offenses are the first five categories listed under Paragraph 1 of this motion.

    <u>　　　</u>　Probable cause to believe defendant committed an offense involving a minor as a victim under 18 U.S.C. § (1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1)-(3), 2252A(1)-(4), 2260, 2421-23, or 2425).

4. <u>Time for Detention Hearing</u>. The United States requests the court conduct the detention hearing,

    <u>　　　</u>　At first appearance

    <u>　X　</u>　After continuance of <u>　3　</u> days (not more than 3).

5. <u>Temporary Detention</u>. The United States moves the court to detain the defendant during any continuance and pending completion of the detention hearing.

6. <u>Other Matters</u>.

_____

_____

DATED: July 9, 2024

                        Respectfully submitted,

                        WILLIAM S. THOMPSON
                        United States Attorney

                By:

                        <u>s/ Brian D. Parsons</u>
                        BRIAN D. PARSONS
                        Assistant United States Attorney
                        WV State Bar No. 8105
                        110 North Heber Street, Room 261
                        Beckley, WV 25801
                        Telephone: 304-253-6722
                        Fax: 304-253-9206
                        Email: brian.parsons@usdoj.gov